UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 20-21876 |
| Tracie M. Crawford | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable David D. Cleary |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER PERMITTING THE REFINANCING OF PROPERTY

Having read the motion for permission to refinance real estate, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

IT IS HEREBY ORDERED:

1. The Debtor is authorized to obtain additional credit in the approximate amount of $265,446.00 at an interest rate of 2.75%, with a monthly payment of $1,930.00, of which the principal and interest is $1,083.66, the mortgage insurance is $172.00 and the estimated escrow is $674.00, for a term of 30 years, for the purpose of refinancing the property commonly known as 4036 W. 120th St, Alsip, IL 60803.
2. Debtor will provide the Trustee with a complete copy of the closing statement within 7 days of the closing.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: 03/15/2021

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625